FILED
NOV 19 2010
U.S. DISTRICT COURT
ELKINS WV 26241

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: Virginia Electric and Power

    Company, Creditor      BK NO. 06-366

                                   Civil Action No. 2:10cv129

## N O T I C E

Pursuant to Bankruptcy Rule of Procedure 80007(b), please take notice that the above-styled civil action, a Bankruptcy Appeal, has been filed at Elkins on 11/19/2010.

                                   Cheryl Dean Riley, Clerk

                               By: C. Daniels
                                          Deputy Clerk